## VERIFICATION

I, Matthew Wallace, hereby verify that I am familiar with the allegations in the Verified Shareholder Derivative Complaint (the "Complaint"), and that I have authorized the filing of the Complaint, and that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: 11/12/2020

DocuSigned by:

*Matthew Wallace*
9EC14ED6062E4FD...

Matthew Wallace