## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| MATTHEW WALLACE, derivatively on behalf of CO-DIAGNOSTICS, INC., <br><br>Plaintiff, <br><br>v. <br><br>DWIGHT H. EGAN, REED L. BENSON, BRENT SATTERFIELD, EUGENE DURENARD, EDWARD L. MURPHY, JAMES NELSON, and RICHARD S. SERBIN, <br><br>Defendants, and <br><br>CO-DIAGNOSTICS, INC., <br><br>Nominal Defendant. | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION TO EXTEND TIME TO ANSWER** <br><br>Civil No. 2:20-cv-00836-JNP <br><br>Judge Jill N. Parrish |

THIS MATTER is before the Court on Plaintiff and Defendants' Joint Motion for Approval of Stipulation to Extend Time to Answer ("Motion"). This Court, having reviewed the Motion and being otherwise fully versed in the premises, states the Motion is hereby GRANTED. The time for Defendants, including Nominal Defendant, to answer or otherwise respond to the Complaint shall be extended to and include March 5, 2021.

Signed January ___, 2021.

                                                                                                 BY THE COURT:

                                                                                                 _____

                                                                                          HON. JILL N. PARRISH, U.S.D.J.