# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MATTHEW WALLACE, derivatively on behalf of CO-DIAGNOSTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT H. EGAN, REED L. BENSON, BRENT SATTERFIELD, EUGENE DURENARD, EDWARD L. MURPHY, JAMES NELSON, and RICHARD S. SERBIN,<br><br>Defendants, and<br><br>CO-DIAGNOSTICS, INC.,<br><br>Nominal Defendant. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Civil No. 2:20-cv-00836-JNP<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is the parties' Joint Motion for Approval of Stipulation to Extend Time to Answer (Motion) (ECF 10). Having reviewed the Motion and being otherwise fully versed in the premises, the court hereby GRANTS the Motion. The time for Defendants, including Nominal Defendant, to answer or otherwise respond to the Complaint shall be extended to and include March 5, 2021.

DATED this 21 January 2021.

_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah