Ryan B. Hancey (9101)
KESLER & RUST
68 S. Main Street, 2nd
Floor Salt Lake City, UT
84101
Telephone: (801) 532-8000
rhancey@keslerrust.com
*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MATTHEW WALLACE, Derivatively on Behalf of CO-DIAGNOSTICS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>DWIGHT H. EGAN, et al.<br><br>Defendants,<br><br>and<br><br>CO-DIAGNOSTICS, INC.,<br><br>Nominal Defendant. | **MOTION FOR PRO HAC VICE ADMISSION OF CHARLES CLAUDIO SIMPKINS**<br><br>Civil No. 2:20-cv-00836-JNP<br><br>Judge Jill N. Parrish |

I move for the pro hac vice admission of Charles Claudio Simpkins as counsel for all defendants, and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing.

DATED: January 21, 2021.

                                       /s/ Ryan B. Hancey
                                       _____
                                       Ryan B. Hancey
                                       KESLER & RUST