Ryan B. Hancey (9101)
KESLER & RUST
68 S. Main Street, 2nd Floor
Salt Lake City, UT 84101
Telephone: (801) 532-8000
rhancey@keslerrust.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MATTHEW WALLACE, Derivatively on Behalf of CO-DIAGNOSTICS, INC. | **MOTION FOR PRO HAC VICE ADMISSION OF MICHAEL DAVID NACHT** |
| Plaintiff, | Civil No. 2:20-cv-00836-JNP |
| vs. | Judge Jill N. Parrish |
| DWIGHT H. EGAN, et al. | |
| Defendants, | |
| and | |
| CO-DIAGNOSTICS, INC., | |
| Nominal Defendant. | |

I move for the pro hac vice admission of Michael David Nacht as counsel for all defendants, and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing.

DATED: January 21, 2021.

/s/ Ryan B. Hancey

_____

Ryan B. Hancey
KESLER & RUST