

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Ryan B. Hancey (9101) |
| Firm: | Kesler & Rust |
| Address: | 68 S. Main Street, 2nd Floor |
| | Salt Lake City, UT 84101 |
| Telephone: | (801) 532-8000 |
| Email: | rhancey@keslerrust.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Michael David Nacht |
| Firm: | Carmel, Milazzo & Feil LLP |
| Address: | 55 West 39th Street |
| | 18th Floor |
| | New York, New York 10018 |
| Telephone: | (212) 658-0458 |
| Email: | |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☒ Motion/Reciprocal

### BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| New York | 5039342 | September 5, 2012 |
| New Jersey | 087362014 | April 4, 2014 |
| | | |
| | | |
| | | |
| | | |

1

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

|  |
|  |

### LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|---|---|---|
| Gelt Trading Ltd. v. Co-Diagnostics, Inc., et al. | 2:20-cv-00368-CMR | September 30, 2020 |
| Luis Aguilera v. Dwight H. Egan, et al. | 2:20-cv-00654-JNP-CMP | October 1, 2020 |
| Melvyn Klein v. Dwight H. Egan, et al. | 2:20-cv-00850-DBB | Pending Approval |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

/s/ Michael David Nacht                                                         January 21, 2021
_____                    _____
Signature                                                                                  Date

2