Ryan B. Hancey (9101)
KESLER & RUST
68 S. Main Street, 2nd Floor
Salt Lake City, UT 84101
Telephone: (801) 532-8000
rhancey@keslerrust.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| MATTHEW WALLACE, Derivatively on Behalf of CO-DIAGNOSTICS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>DWIGHT H. EGAN, et al.<br><br>Defendants, and<br><br>CO-DIAGNOSTICS, INC.,<br><br>Nominal Defendant. | [PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION OF MICHAEL DAVID NACHT<br><br>CASE NO: 2:20-cv-00836-JNP<br><br>Judge Jill N. Parrish |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Michael David Nacht. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this___day of_____, 2021.

                                                            BY THE COURT:

                                                            _____
                                                            Jill N. Parrish
                                                            U.S. District Judge