FILED
2021 JAN 22 PM 3:21
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MATTHEW WALLACE, derivatively on behalf of CO-DIAGNOSTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT H. EGAN, REED L. BENSON, BRENT SATTERFIELD, EUGENE DURENARD, EDWARD L. MURPHY, JAMES NELSON, and RICHARD S. SERBIN,<br><br>Defendants, and<br><br>CO-DIAGNOSTICS, INC.,<br><br>Nominal Defendant. | **ORDER GRANTING PRO HAC VICE ADMISSION**<br><br>Civil No. 2:20-cv-00836-JNP<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

It appearing to the court that Petitioner meets the pro hac vice admission requirements of D.U. Civ R 83-1.1(d), the Motion for the Admission Pro Hac Vice of Christopher P. Milazzo in the United States District Court, District of Utah (ECF 12) is GRANTED.

DATED this 22 January 2021.

_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah