FILED
2021 MAR 18 PM 3:02
CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

| | |
|---|---|
| MATTHEW WALLACE, Derivatively on Behalf of Nominal Defendant CO-DIAGNOSTICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT H. EGAN, REED L. BENSON, BRENT SATTERFIELD, EUGENE DURENARD, EDWARD L. MURPHY, JAMES NELSON, and RICHARD S. SERBIN,<br><br>Defendants,<br><br>and<br><br>CO-DIAGNOSTICS, INC.<br><br>Nominal Defendant | **ORDER CONSOLIDATING CASES, APPOINTING CO-LEAD COUNSEL, AND SETTING SCHEDULING**<br><br>Case No. 2:20-cv-00836-JNP-CMR<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |
| JASON REAGAN, Derivatively on behalf of CO-DIAGNOSTICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT H. EGAN, EUGENE DURENARD, EDWARD L. MURPHY, JAMES B. NELSON, BRENT SATTERFIELD, and RICHARD S. SERBIN<br><br>Defendants,<br><br>and<br><br>CO-DIAGNOSTICS, INC.<br><br>Nominal Defendant | Case No. 2:21-cv-00054-DBB |

The court, having reviewed the Parties' Stipulation Regarding Consolidation, Appointment of Co-Lead Counsel, and Scheduling (ECF 18), and for good cause shown, hereby ORDERS as follows:

1. Case No. 2:21-cv-00054-DBB is hereby consolidated into Case No. 2:20-cv-00836-JNP. All future filings shall be made under the following caption:

| IN RE CO-DIAGNOSTICS, INC. DERIVATIVE LITIGATION | : : : | Case No. 2:20-cv-00836-JNP |
|---|---|---|

2. The law firms of Glancey Prongay & Murray LLP and The Weiser Law Firm, P.C. are hereby appointed Co-Lead Counsel for the Consolidated Action.

3. Neither Co-Diagnostics nor the Individual Defendants shall have an obligation to answer, move or otherwise respond to the individual complaints filed in the Related Actions and the time for Co-Diagnostics and the Individual Defendants time to do so is extended as set forth herein. Within 45 days of the date of entry of an order consolidating the Related Actions, Plaintiffs will either designate one of the complaints on file as the operative complaint or file a consolidated complaint in the Consolidated Action. Defendants will answer, move or otherwise respond to the designated operative complaint or newly-filed consolidated complaint, or seek a stay of the Consolidated Action within 30 days after designation or filing.

DATED this 18 March 2021.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah