# EXHIBIT 4

| | |
|---|---|
| **From:** | James M. Ficaro |
| **To:** | cmilazzo@cmfllp.com |
| **Subject:** | Co-Diagnostics Litigation Demand |
| **Date:** | Friday, December 4, 2020 11:59:47 AM |
| **Attachments:** | CODX Lit Demand SENT 11 11 20 2.pdf |

Good morning Mr. Milazzo.  I saw from a recently filed shareholder derivative action brought on behalf of Co-Diagnostics, Inc. that you represent the Company.

@

Attached please find a shareholder demand letter that was served on the Co-Diagnostics Board of Directors via UPS on November 11, 2020 and received by the Company (according to UPS) on November 13, 2020.

@

I am sending to you personally merely to ensure receipt as mail delivery, even through private companies such as UPS, has been adversely affected by the pandemic.

@

I hope you, your colleagues, and your family remain safe.

@

Regards,

@

Jimmy Ficaro
**The Weiser Law Firm, P.C.**
office: 610.225.0206 | fax: 610.408.8062
22 Cassatt Avenue | Berwyn, PA 19312

@