# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| MATTHEW WALLACE, derivatively on behalf of CO-DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DWIGHT H. EGAN, REED L. BENSON, BRENT SATTERFIELD, EUGENE DURENARD, EDWARD MURPHY, JAMES NELSON, and RICHARD S. SERBIN <br><br> Defendants. <br><br> And <br><br> CO-DIAGNOSTICS, INC., <br><br> Nominal Defendant | Case No. 2:20-cv-00836-JNP <br><br> **MOTION FOR STAY OF ACTION** <br><br> Judge Jill N. Parrish |
| JASON REAGAN, derivatively on behalf of CO-DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DWIGHT H. EGAN, REED L. BENSON, BRENT SATTERFIELD, EUGENE DURENARD, EDWARD MURPHY, JAMES NELSON, and RICHARD S. SERBIN <br><br> Defendants. <br><br> And <br><br> CO-DIAGNOSTICS, INC., <br><br> Nominal Defendant | |

I, Christopher P. Milazzo, an attorney admitted pro hac vice in this action, and a member of Carmel, Milazzo & Feil LLP, attorneys for Defendants Dwight H. Egan, Reed L. Benson, Brent Satterfield, Eugene Durenard, Edward Murphy, James Nelson, Richard S. Serbin, and Co-Diagnostics, Inc in this action, declare as follows:

1. Unless stated upon information and belief, I am fully familiar with the facts set forth herein.

2. Attached hereto as Exhibit A is the April 30, 2020 article published in the Salt Lake Tribune entitled "This is a potential public health disaster: COVID-19 results from TestUtah.com are raising questions".

3. Attached hereto as Exhibit B is the May 1, 2020 press release of Co-Diagnostics, Inc. entitled "Co-Diagnostics, Inc. Releases COVID-19 Test Performance Data: Consistently Demonstrates 100% Sensitivity and 100% Specificity Across Independent Evaluations".

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS 27th DAY OF MAY 2021.

*/s/ Christopher P. Milazzo*
CHRISTOPHER P. MILAZZO