# EXHIBIT A

APR 15 Year Fixed $225,000 Calculate Payment

But in the full email, Lopansri doesn't mince words for TestUtah.

"What alarms me the most is that they are expanding collection and testing with these unknowns about how their test performs. If correct, I urge you to halt their testing until we understand why their results differ so much from what other labs are reporting," Lopansri wrote.

"This is a potential public health disaster that will be compounded by the fact that they are constantly promoting themselves publicly while we are not."

## Critics question, and Co-Diagnostics defends, TestUtah tests



A Co-Diagnostics lab technician works with sample tests as the company produces COVID-19 testing kits Friday, March 27, 2020, in Salt Lake City. The company says it has the capacity to produce 50,000 test kits daily from its Salt Lake City facility. (AP Photo/Rick Bowmer)

Meanwhile, some experts have raised questions as to the accuracy of the Co-Diagnostics test used at the TestUtah sites.

Shares in Co-Diagnostics tripled in late February, when it received certification to sell its coronavirus test in Europe. On April 3, the day the state signed its contract with Nomi, Co-Diagnostics received emergency use authorization from the Food and Drug Administration (FDA) to sell its test in the United States.

Now the company is supplying thousands of tests in Iowa and Nebraska, where state officials last week issued no-bid contracts worth more than $50 million to Nomi and the TestUtah team.

Click to find out more AHF

But the Co-Diagnostics test has a "higher limit of detection compared to tests offered by more established vendors," Lopansri wrote, referring to the test's sensitivity. A higher limit of detection means more virus is required in a sample to trigger a positive result.

An analysis by the life sciences publication BioCentury showed that at least 16 of 22 comparable tests authorized by the FDA report a lower limit of detection, or greater sensitivity, than Co-Diagnostics' tests.

Its limit of detection also is higher than that of the CDC's test, wrote Dan Diekema, director of the infectious diseases division at the University of Iowa's department of internal medicine.

"Based upon concerns I've heard from others re: test performance, it would be irresponsible to move forward without evaluating their test using sample exchange [with] Iowa's State Lab. Or do all tests at [the state health lab]," Diekema said on Twitter. Diekema declined to comment further.

But Satterfield maintained that in a real-world environment, people who have contracted COVID-19 have thousands or even hundreds of thousands of particles of the virus in their samples, and that's plenty to trigger a positive in his company's tests.

He added that Co-Diagnostics' COVID-19 tests scored between 99.52% and 100% in evaluations conducted by the FDA and in Europe. He said those evaluations often put his kits side by side against other available kits to gain consensus results.

Click to find out more AHF

"We are in the same ballpark as the other tests," Satterfield said.

And there have been no complaints from nearly 50 other countries, where Co-Diagnostics has sold the majority of its tests, Satterfield said.

## TestUtah's testing of asymptomatic patients raises concerns



(Trent Nelson | The Salt Lake Tribune) COVID-19 testing at Timpanogos Regional Hospital in Orem on Tuesday, April 14, 2020.

TestUtah has since April 1 been reporting COVID-19 test results for patients with and without symptoms, according to the state's data.

The decision to test asymptomatic people has been a point of contention. State epidemiologist Dr. Angela Dunn said that health officials have asked TestUtah staff to comply with state testing guidelines that require patients to have at least one symptom to receive a test.

"We've given them our advice and the state guidelines that have been decided upon," Dunn said, "and we've asked them to implement them."

Instead, TestUtah has continued asymptomatic testing for about two weeks after Dunn first acknowledged that health officials had asked them to stop.

Sell together, even when you're apart
Learn More

"We were early on asymptomatic testing," Newman, of Nomi Health, wrote in response to a Tribune inquiry Wednesday. "Now we are all working together on a unified assessment and testing criteria with the DoH [Department of Health] as we've been really successful working together on testing in Utah."

Newman referred all further questions to Cox, of the management and budget office; she did not reply to The Tribune on Wednesday.

On Wednesday afternoon, a Tribune reporter filled out the questionnaire at TestUtah.com and received a notice that read, "You qualified to be tested," despite reporting no symptoms, risk factors, or known contact with infected people. State guidelines for testing still called for at least one symptom.

"There is a place for asymptomatic testing in this pandemic, but it's necessary to have a very thoughtful approach in terms of recruiting who should be tested if they don't have symptoms … so we can accurately interpret those results and use good data to inform policy moving forward," Dunn said in a recent news briefing.

Because the accuracy of the test in asymptomatic patients is not known, health officials are wary of the risk of false negatives — which could mislead public officials and individual patients — as well as false positives, which immediately trigger a thorough contact-tracing investigation by state and county employees.

And scientific protocols exist to design a truly randomized study of infection rates, to protect against the biases that may come from relying on a pool of volunteers on the internet. That's something the University of Utah planned to launch this week with ARUP Laboratories, using a new antibody test, said Julio Delgado, ARUP's chief medical officer.

Click to find out more AHF

Economic officials for Herbert had said in mid-April that unrestricted testing should continue.

"Opening up testing to anyone who wants it on demand is the right direction," Cox wrote in the April 17 email, stating that health department director Joseph Miner had earlier sanctioned that plan; he later stepped away from daily oversight of the department due to health concerns. "It provides reassurance to people who need it while also providing important insights into prevalence and other outstanding questions."

But that testing comes at a price to taxpayers. Although federal rules require all insurers to cover coronavirus testing, TestUtah is not submitting claims to patients' insurers. Instead, the state is paying Nomi directly; testing accounts for $3 million of the $5 million contract for TestUtah.com.

Betts, of Silicon Slopes, speculated that insurance billing may deter some patients from seeking testing.

"As I understand it, the goal of community testing is to make it as available and accessible as possible," Betts said.

"Adding insurance billing to the process adds another level of complexity to accomplishing that goal," he said. "That may be why insurance billing [and] reimbursements hasn't been part of TestUtah up to this point but, again, that's not a decision Silicon Slopes has been involved in nor is it our organization's decision to make."

EŌS 100 W 31 ST
1 bedrooms starting from $3,500/mo.
Durst

**Editor's note** • *Clint Betts serves on the The Salt Lake Tribune's nonprofit board of directors.*

*— Tribune reporters Bethany Rodgers and Robert Gehrke contributed to this report.*

Click to find out more AHF

***Correction:** An earlier version of this article misspelled the name of Bert Lopansri, a specialist in infectious diseases and microbiology at Intermountain Healthcare, in some instances.*

Comments (162) »

FEATURED COMMENTS

wasatchcascade
Thanks to Erin and Nate (and the Trib & other writers) for your work on this. And of course a big thanks to Andy for his commentary/insight pieces. Journalism can and should make an effort to shine light on this important subject and I'm just fine with the report (conflicting voices) that is offered here. The State of Utah signed up with Test Utah and offered millions - they are going to defend them, and if MD's with expertise question the process…

onbarodtime
Oh Good Gawd, Best run State ever. Kind of a crazy scenario in that bit on 'news'. I guess we will see. Maybe? Ahh, maybe not…

Judith Hess
So our good friend (Honest Abe Newman) is at it again. He almost had a contract for $8 million for a drug that doesn't work and now we find he has a $5 million contract for tests that may be under reporting. Who's palms are greasing who's? I do not trust our legislators to act in our best interest in any way shape or form. Greed, avarice and double dealing, and Hughes thinks he should be governor.

View all 162 comments

ealberty@sltrib.com
Follow @erinalberty

ncarlisle@sltrib.com
Follow @natecarlisle

Donate to the newsroom now. The Salt Lake Tribune, Inc. is a 501(c)(3) public charity and contributions are tax deductible.

FROM THE WEB
Recommended by Outbrain

New York: Don't Waste Your Money On Solar Panels... Top.Solar/Deals | Sponsored
[Gallery] Windshield On A Whole New Level... Post Fun | Sponsored
Diabetics: Here's How to Lower Blood Sugar (It's www.your-health-
(Pics) Pour Hydrogen Peroxide In Your Gas Tank... The Delite | Sponsored
[Photos] Remember Johnny From 'The... Mortgage Credit News | ...
[Gallery] Janet Jackson's Son Is All Grown Up &... Mortgage Credit News | ...
[Photos] Remember Chuck Norris? Let's Have... Star Law News | Sponsored
[Pics] You Can See These Little Animals On The Health Clipboard | Sponsored
[Photos] Here's How Much Bill Cosby Has in the Bank Today Star Law News | Sponsored
Here's What Dental Implants Could Cost in 2020 Dental Implants | Sponsored Listings | Sponsored

sponsored by Nerdwallet
Should I refinance my private student loans?
Nurse your med school loans toward a healthier rate Learn More
MBA loans holding you back? Find a better rate. Learn More

brought to you by Connatix

## MORE STORIES



**Wildfire burns about 200 acres near Santaquin, but doesn't force evacuations**
By Julie Jag • 18h ago



**Utah County is seeing the most COVID-19 cases in the state, sets one-day record of 304**
By Julie Jag • 21h ago



**Power still out for about 5,500 Utah customers five days after storm**
By Julie Jag • 23h ago

## THE LATEST



**Larry H. Miller's coin collection, valued at $25 million+, will be sold to benefit new Primary Children's Hospital**
By Scott D. Pierce • 20m ago



**The election spotlight mostly bypasses mainline Protestants**
By David Crary | AP National Writer • 1h ago



**After a pandemic pause, ICE resumes deportation arrests**
By Miriam Jordan | The New York Times • 1h ago