P. Matthew Muir (USB No. 9560)
JONES WALDO HOLBROOK & MCDONOUGH, P.C.
170 S. Main, Suite 1500
Salt Lake City, UT 84101
Telephone: 801-521-3200
Fax: 801-328-0537
mmuir@joneswaldo.com

James M. Ficaro (subject to admission pro hac vice)
THE WEISER LAW FIRM, P.C.
Four Tower Bridge
200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
Telephone:  (610) 225-2677
Facsimile:  (610) 408-8062
jmf@weiserlawfirm.com

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
CENTRAL DIVISION

| IN RE CO-DIAGNOSTICS, INC. DERIVATIVE LITIGATION | MOTION FOR PRO HAC VICE ADMISSION |
|---|---|
| | Case No. 2:20-cv-00836-JNP |
| | Judge Jill N. Parrish |

I move for pro hac vice admission of James M. Ficaro as counsel for Plaintiffs as Co-Lead Counsel, and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant is not a member of the Utah State Bar, does not maintain an office in Utah, and has not been admitted pro hac vice in any case in this district in the previous 5 years.

Dated: March 10, 2021.                    **JONES WALDO HOLBROOK & MCDONOUGH, P.C.**

/s/ P. Matthew Muir
_____
P. MATTHEW MUIR
170 S. Main St., Suite 1500
Salt Lake City, UT 84101-1644
Telephone: (801) 534-7483
Facsimile: (801) 328-0537
MMuir@joneswaldo.com

## CERTIFICATE OF SERVICE

I certify that on May 28, 2021 a copy of the foregoing Motion for Admission Pro Hac Vice was served upon all counsel that have appeared in this matter through the electronic filing system:

/s/ P. Matthew Muir
_____

## EXHIBITS

1. Application for Admission Pro Hac Vice
2. Order of Admission Pro Hac Vice