

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | P. Matthew Muir, USB #9560 |
| Firm: | Jones Waldo Holbrook & McDonough, P.C. |
| Address: | 170 S. Main, Suite 1500 |
| | Salt Lake City, UT 84101 |
| Telephone: | 801-521-3200 |
| Email: | Mmuir@joneswaldo.com |
| | |
| Pro Hac Vice Applicant: | James M. Ficaro |
| Firm: | The Weiser Law Firm, P.C. |
| Address: | Four Tower Bridge |
| | 200 Barr Harbor Drive, Suite 400 |
| | West Conshohocken, PA 19428 |
| Telephone: | (610) 225-0206 |
| Email: | jmf@weiserlawfirm.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Commonwealth of Pennsylvania | 308198 | 4/26/2010 |
| State of New Jersey | 001232010 | 6/15/2010 |
| | | |
| | | |
| | | |

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

|  |
|  |

## LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

_____
Signature

3/30/21
Date

2