FILED
2021 MAY 28 AM 10:54
CLERK
U.S. DISTRICT COURT

P. Matthew Muir (USB No. 9560)
JONES WALDO HOLBROOK & MCDONOUGH, P.C.
170 S. Main, Suite 1500
Salt Lake City, UT 84101
Telephone: 801-521-3200
Fax: 801-328-0537
mmuir@joneswaldo.com

James M. Ficaro (subject to admission pro hac vice)
THE WEISER LAW FIRM, P.C.
Four Tower Bridge
200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
Telephone:  (610) 225-2677
Facsimile:  (610) 408-8062
jmf@weiserlawfirm.com

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
CENTRAL DIVISION

| IN RE CO-DIAGNOSTICS, INC. DERIVATIVE LITIGATION | **ORDER GRANTING PRO HAC VICE ADMISSION**<br><br>Case No. 2:20-cv-00836-JNP<br><br>Judge Jill N. Parrish |
|---|---|

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of James M. Ficaro. Based on the motion and for good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this 28th  day of May, 2021.

BY THE COURT

_____
Jill N. Parrish
US District Court Judge

1