**Ryan B. Hancey, Esq., rhancey@keslerrust.com, Utah State Bar Number 9101**
**J. Adam Knorr, Esq., aknorr@keslerrust.com, Utah State Bar Number 15183**
**Attorney for Defendants**
**Kesler & Rust**
**68 South Main Street, Suite 200**
**Salt Lake City, Utah 84101**
**(801) 532-8000 (TEL.)**

**Christopher P. Milazzo, Esq., cmilazzo@cmfllp.com, Pro Hac Vice**
**Attorney for Defendants**
**Carmel, Milazzo & Feil LLP**
**55 West 39th Street, 18th Floor**
**New York, New York 10018**
**(212) 658-0458 (TEL.)**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| MATTHEW WALLACE, derivatively on behalf of CO-DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DWIGHT H. EGAN, REED L. BENSON, BRENT SATTERFIELD, EUGENE DURENARD, EDWARD MURPHY, JAMES NELSON, and RICHARD S. SERBIN <br><br> Defendants. <br><br> And <br><br> CO-DIAGNOSTICS, INC., <br><br> Nominal Defendant <br><br> JASON REAGAN, derivatively on behalf of CO-DIAGNOSTICS, INC., <br><br> Plaintiff, | **JOINT MOTION FOR APPROVAL OF STIPULATION EXTENDING TIME TO ANSWER VERIFIED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT** <br><br> Case No. 2:20-cv-00836-JNP-DBP <br><br> District Judge Jill N. Parrish <br><br> Magistrate Judge Cecilia M. Romero |

- 1 -

|   |
|---|
| *v.* <br><br> DWIGHT H. EGAN, REED L. BENSON, BRENT SATTERFIELD, EUGENE DURENARD, EDWARD MURPHY, JAMES NELSON, and RICHARD S. SERBIN <br><br>      Defendants. <br><br> And <br><br> CO-DIAGNOSTICS, INC., <br><br>      Nominal Defendant |

The parties jointly move the Court for approval of the parties' stipulation extending the time for defendants' and nominal defendant's to answer Plaintiffs' April 30, 2021 Verified Consolidated Shareholder Derivative Complaint, extending the time to answer until and including April 22, 2022.  A proposed order is attached hereto as Exhibit "A".

Dated: March 31, 2022.

**GLANCY PRONGAY & MURRAY LLP**

By: /s/ Benjamin I. Sachs-Michaels
(signed by Ryan B. Hancey with permission via email)

_____
Benjamin I. Sachs-Michaels
Attorneys for Plaintiffs


**KESLER & RUST**

By: /s/ Ryan B. Hancey

_____
Ryan B. Hancey
Attorneys for Defendants

- 3 -

        **CARMEL, MILAZZO & FEIL LLP**

        By: /s/ Christopher P. Milazzo
(signed by Ryan B. Hancey with permission via email)

        _____

        Christopher P. Milazzo
Attorneys for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2022, a true and correct copy of the foregoing JOINT MOTION FOR APPROVAL OF STIPULATION and PROPOSED ORDER was filed via the CM/ECF system, and accordingly, delivered to all parties of record.

        By: /s/ Ryan B. Hancey

        _____

        Ryan B. Hancey, Esq.