# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| MATTHEW WALLACE, derivatively on behalf of CO-DIAGNOSTICS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DWIGHT H. EGAN, REED L. BENSON, BRENT SATTERFIELD, EUGENE DURENARD, EDWARD MURPHY, JAMES NELSON, and RICHARD S. SERBIN<br><br>    Defendants.<br><br>    And<br><br>CO-DIAGNOSTICS, INC.,<br><br>    Nominal Defendant | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION EXTENDNING TIME TO ANSWER VERIFIED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>Case No. 2:20-cv-00836-JNP-DBP<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |
| JASON REAGAN, derivatively on behalf of CO-DIAGNOSTICS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DWIGHT H. EGAN, REED L. BENSON, BRENT SATTERFIELD, EUGENE DURENARD, EDWARD MURPHY, JAMES NELSON, and RICHARD S. SERBIN<br><br>    Defendants.<br><br>    And<br><br>CO-DIAGNOSTICS, INC.,<br><br>    Nominal Defendant | |

THIS MATTER is before the Court on Plaintiffs' and Defendants' and Nominal Defendant's Joint Motion for Approval of Stipulation Extending Time to Answer the Verified Consolidated Shareholder Derivative Complaint ("Motion"). This Court, having reviewed the Motion and being otherwise fully versed in the premises, states the Motion is hereby GRANTED. Defendants' and Nominal Defendant's time to answer the Verified Consolidated Shareholder Derivative Complaint is hereby extended to and includes April 22, 2022.

Signed April ___, 2022.

BY THE COURT:

_____
HON. JILL N. PARRISH, U.S.D.J.