# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| MATTHEW WALLACE, derivatively on behalf of CO-DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DWIGHT H. EGAN, REED L. BENSON, BRENT SATTERFIELD, EUGENE DURENARD, EDWARD MURPHY, JAMES NELSON, and RICHARD S. SERBIN <br><br> Defendants. <br><br> And <br><br> CO-DIAGNOSTICS, INC., <br><br> Nominal Defendant <br><br> JASON REAGAN, derivatively on behalf of CO-DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DWIGHT H. EGAN, REED L. BENSON, BRENT SATTERFIELD, EUGENE DURENARD, EDWARD MURPHY, JAMES NELSON, and RICHARD S. SERBIN <br><br> Defendants. <br><br> And <br><br> CO-DIAGNOSTICS, INC., <br><br> Nominal Defendant | **STIPULATION EXTENDING TIME TO ANSWER VERIFIED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT** <br><br> Case No. 2:20-cv-00836-JNP-DBP <br><br> District Judge Jill N. Parrish <br><br> Magistrate Judge Cecilia M. Romero |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this litigation, through their respective undersigned counsel, that the time for defendants Dwight H. Egan, Reed L. Benson, Brent Satterfield, Eugene Durenard, Edward Murphy, James Nelson, and Richard S. Serbin and nominal defendant Co-Diagnostics, Inc. to answer plaintiffs' verified consolidated shareholder derivative complaint be extended until and include April 22, 2022.

This Stipulation may be filed without further notice with the Clerk of the Court.

Date: March 31, 2022.

| | |
|---|---|
| **Glancy Prongay & Murray LLP** | **KESLER & RUST** |
| By: /s/ Benjamin I. Sachs-Michaels (signed by Ryan B. Hancey with permission via email) | By: /s/ Ryan B. Hancey |
| _____ | _____ |
| Benjamin I. Sachs-Michaels, Esq.<br>712 Fifth Avenue<br>New York, New York 10019<br>(212) 935-7400<br>bsachsmichaels@glancylaw.com | Ryan B. Hancey, Esq., 9101<br>68 South Main Street, Suite 200<br>Salt Lake City, Utah 84101<br>(801) 532-800 (TEL.)<br>rhancey@keslerrust.com |
| | **CARMEL, MILAZZO & FEIL LLP**<br>Christopher P. Milazzo, Esq.<br>55 West 39th Street, 18th Floor<br>New York, New York 10018<br>(212) 658-0458 (TEL.)<br>cmilazzo@cmfllp.com |
| | *Attorney for Defendants* |