FILED
2022 APR 4
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MATTHEW WALLACE, derivatively on behalf of CO-DIAGNOSTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT H. EGAN, REED L. BENSON, BRENT SATTERFIELD, EUGENE DURENARD, EDWARD MURPHY, JAMES NELSON, and RICHARD S. SERBIN<br><br>Defendants.<br><br>And<br><br>CO-DIAGNOSTICS, INC.,<br><br>Nominal Defendant | **ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION EXTENDNING TIME TO ANSWER VERIFIED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>Case No. 2:20-cv-00836-JNP-CMR<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |
| JASON REAGAN, derivatively on behalf of CO-DIAGNOSTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT H. EGAN, REED L. BENSON, BRENT SATTERFIELD, EUGENE DURENARD, EDWARD MURPHY, JAMES NELSON, and RICHARD S. SERBIN<br><br>Defendants.<br><br>And<br><br>CO-DIAGNOSTICS, INC.,<br><br>Nominal Defendant | |

THIS MATTER is before the Court on Plaintiffs' and Defendants' and Nominal Defendant's Joint Motion for Approval of Stipulation Extending Time to Answer the Verified Consolidated Shareholder Derivative Complaint ("Motion") (ECF 31). Having reviewed the Motion, and for good cause appearing, the court hereby GRANTS the Motion. Defendants' and Nominal Defendant's time to answer the Verified Consolidated Shareholder Derivative Complaint is hereby extended to and includes April 22, 2022.

DATED this 4 April 2022.

BY THE COURT:

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah