P. Matthew Muir (USB No. 9560)
Deborah R. Chandler (USB No. 12057)
ANDERSON & KARRENBERG, P.C.
50 W. Broadway, Suite 600
Salt Lake City, UT 84101
Telephone: 801-534-1700
mmuir@aklawfirm.com
dchandler@aklawfirm.com

Robert B. Weiser (subject to admission pro hac vice)
James M. Ficaro (subject to admission pro hac vice)
THE WEISER LAW FIRM, P.C.
Four Tower Bridge
200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
Telephone:  (610) 225-2677
Facsimile:  (610) 408-8062
rw@weiserlawfirm.com
jmf@weiserlawfirm.com

Peretz Bronstein (subject to admission pro hac vice)
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 E 42nd Street, Suite 4600
New York, New York 10165
Telephone: (917) 697-8209
peretz@bgandg.com

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
CENTRAL DIVISION

| IN RE CO-DIAGNOSTICS, INC. DERIVATIVE LITIGATION | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:20-cv-00836-JNP |
|---|---|

  Pursuant to DUCivR 83-1.4(b), P. Matthew Muir of Anderson & Karrenberg, P.C. hereby withdraws as counsel for Plaintiff Jason Reagan. Mr. Reagan will continue to be represented by

Deborah R. Chandler of Anderson & Karrenberg, P.C. and Robert B. Weiser and James M. Ficaro of The Weiser Law Firm, P.C. Those attorneys are aware of the pending deadlines in this matter. Trial has not been set.

| | |
|---|---|
| Dated: September 2, 2022 | **ANDERSON & KARRENBERG, P.C.** |
| | /s/ P. Matthew Muir |
| | P. MATTHEW MUIR<br>50 W. Broadway, Suite 600<br>Salt Lake City, UT 84101<br>Telephone: (801) 534-1700<br>dchandler@aklawfirm.com |