Joni Ostler (9607)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
jostler@parrbrown.com

*Attorney for Defendants Dwight Egan, Reed Benson, Brent Satterfield, Eugene Durenard, Edward Murphy, James Nelson, Richard Serbin, and Nominal Defendant Co-Diagnostics, Inc.*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE CO-DIAGNOSTICS, INC. DERIVATIVE LITIGATION | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Case No. 2:20-cv-00836-JNP-CMR<br><br>Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

PLEASE TAKE NOTICE that James Adam Knorr and Ryan B. Hancey hereby withdraw as counsel for Defendants Dwight Egan, Reed Benson, Brent Satterfield, Eugene Durenard, Edward Murphy, James Nelson, and Richard Serbin and Nominal Defendant Co-Diagnostics, Inc., and that Joni Ostler of Parr Brown Gee & Loveless hereby appears as counsel for Defendants and Nominal Defendant.

DATED this 19th day of January, 2023.

PARR BROWN GEE & LOVELESS, P.C.

By: /s/ Joni Ostler
    Joni Ostler
    *Attorney for Defendants and Nominal Defendant*

PARR BROWN GEE & LOVELESS, P.C.

/s/ *James Adam Knorr*
James Adam Knorr, Withdrawing Attorney (*signed by Joni Ostler with permission of James Adam Knorr*)

/s/ Joni Ostler

/s/ *Ryan B. Hancey*
Ryan B. Hancey, Withdrawing Attorney (*signed by Joni Ostler with permission of Ryan B. Hancey*)

/s/ Joni Ostler

I HEREBY CERTIFY that on the 19th of January, 2023, I caused a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification to all counsel of record with the exception of counsel listed below.  I emailed a true and correct copy of the foregoing filing to the counsel below at the email addresses below:

Michael D. Nacht, mnacht@cmfllp.com
Carmel Milazzo & Feil LLP

James M. Ficaro, jficaro@weiserlawfirm.com
The Weiser Law Firm

　　　　　　　　　　　　　　　　　　 /s/ *Joni Ostler*