Joni Ostler (9607)
Parr Brown Gee & Loveless, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
jostler@parrbrown.com

*Attorney for Defendants Dwight Egan, Reed Benson,*
*Brent Satterfield, Eugene Durenard, Edward Murphy,*
*James Nelson, Richard Serbin, and Nominal*
*Defendant Co-Diagnostics, Inc.*

---

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE CO-DIAGNOSTICS, INC. DERIVATIVE LITIGATION | **MOTION FOR PRO HAC VICE ADMISSION OF DOUGLAS W. GREENE**<br><br>Case No. 2:20-cv-00836-JNP<br><br>Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

I move for the pro hac vice admission of Douglas W. Greene ("Applicant") as counsel for Defendants Dwight Egan, Reed Benson, Brent Satterfield, Eugene Durenard, Edward Murphy, James Nelson, and Richard Serbin and Nominal Defendant Co-Diagnostics, Inc., and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant is not a member of the Utah State Bar; does not maintain a law office in Utah; and has not been admitted pro hac vice in any case in this district in the previous five years.  I filed a Motion for Pro Hac Vice Admission of Douglas W. Greene earlier today in the related case *Gelt Trading Ltd. v. Co-Diagnostics, Inc., et al.,* Case No. 2:20-cv-00368-JNP-DBP.

DATED this 19th day of January, 2023.

PARR BROWN GEE & LOVELESS, P.C.


 /s/ *Joni Ostler*
Joni Ostler
*Attorney for Co-Diagnostics, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of January 2023, I caused a true and correct copy of the foregoing **MOTION FOR PRO HAC VICE ADMISSION OF DOUGLAS W. GREENE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification to all counsel of record with the exception of counsel listed below.  I emailed a true and correct copy of the foregoing filing to the counsel below at the email addresses below:

Michael D. Nacht, mnacht@cmfllp.com
Carmel Milazzo & Feil LLP

James M. Ficaro, jficaro@weiserlawfirm.com
The Weiser Law Firm
.

*/s/ Joni Ostler*