

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Joni Ostler |
| Firm: | Parr Brown Gee & Loveless |
| Address: | 101 South 200 East, 7th Floor |
| | Salt Lake City, UT  84111 |
| Telephone: | 801-532-7840 |
| Email: | jostler@parrbrown.com |
| | |
| Pro Hac Vice Applicant: | Douglas W. Greene |
| Firm: | Baker Hostetler LLP |
| Address: | 45 Rockefeller Plaza |
| | New York, NY 10111-0100 |
| Telephone: | 1.212.847.7090 |
| Email: | dgreene@bakerlaw.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State of Washington | 22844 | 10/04/1993 |
| | | |
| | | |
| | | |
| | | |

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

|  |
|  |

**LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH**

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |

| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |

| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

_____
Signature

January 19, 2023
Date

2