## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE CO-DIAGNOSTICS, INC. DERIVATIVE LITIGATION | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF DOUGLAS W. GREENE**<br><br>Case No. 2:20-cv-00836-JNP<br><br>Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Douglas W. Greene.  Based on the motion and for good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this _____ day of January, 2023.

BY THE COURT:

_____

District Court Judge Jill N. Parrish