Joni Ostler (9607)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
jostler@parrbrown.com

*Attorney for Defendants Dwight Egan, Reed Benson, Brent Satterfield, Eugene Durenard, Edward Murphy, James Nelson, Richard Serbin, and Nominal Defendant Co-Diagnostics, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE CO-DIAGNOSTICS, INC. DERIVATIVE LITIGATION | **MOTION FOR PRO HAC VICE ADMISSION OF GENEVIEVE G. YORK-ERWIN**<br><br>Case No. 2:20-cv-00836-JNP<br><br>Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

I move for the pro hac vice admission of Genevieve G. York-Erwin ("Applicant") as counsel for Defendants Dwight Egan, Reed Benson, Brent Satterfield, Eugene Durenard, Edward Murphy, James Nelson, and Richard Serbin and Nominal Defendant Co-Diagnostics, Inc., and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant is not a member of the Utah State Bar; does not maintain a law office in Utah; and has not been admitted pro hac vice in any case in this district in the previous five years.  Concurrently with filing this motion, I am also filing motions for pro hac vice admission of Genevieve G. York-Erwin as counsel for the defendants in the related actions *In re Co-Diagnostics, Inc. Derivative Litigation* (*Aguilera v. Egan et al.*), Case No. 2:20-cv-00654-JNP-CMR, and *Gelt Trading Ltd. v. Co-Diagnostics, Inc., et al.,* Case No. 2:20-cv-00368-JNP-DBP.

DATED this 20th day of January, 2023.

PARR BROWN GEE & LOVELESS, P.C.

 /s/ *Joni Ostler*
Joni Ostler
*Attorney for Defendants and Nominal Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of January 2023, I caused a true and correct copy of the foregoing **MOTION FOR PRO HAC VICE ADMISSION OF GENEVIEVE G. YORK-ERWIN** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification to all counsel of record with the exception of counsel listed below.  I emailed a true and correct copy of the foregoing filing to the counsel below at the email addresses below:

    Michael D. Nacht, mnacht@cmfllp.com
    Carmel Milazzo & Feil LLP

    James M. Ficaro, jficaro@weiserlawfirm.com
    The Weiser Law Firm
    .

                                                   /s/ *Joni Ostler*