

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Joni Ostler |
| Firm: | Parr Brown Gee & Loveless |
| Address: | 101 South 200 East, Suite 700 |
| | Salt Lake City, UT  84111 |
| Telephone: | 801-532-7840 |
| Email: | jostler@parrbrown.com |
| | |
| Pro Hac Vice Applicant: | Genevieve G. York-Erwin |
| Firm: | Baker Hostetler LLP |
| Address: | 999 Third Avenue, Suite 3900 |
| | Seattle, WA  98104-4076 |
| Telephone: | 206-566-7079 |
| Email: | gyorkerwin@bakerlaw.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State of Washington | 49820 | 10/09/2015 |
| State of New York | 4837498 | 5/10/2010 |
| | | |
| | | |
| | | |
| | | |

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

**LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH**

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

_____
Signature

_____1/20/2023_____
Date

2