# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE CO-DIAGNOSTICS, INC. DERIVATIVE LITIGATION | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF GENEVIEVE G. YORK-ERWIN**<br><br>Case No. 2:20-cv-00836-JNP<br><br>Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Genevieve G. York-Erwin.  Based on the motion and for good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this _____ day of January, 2023.

By The Court:

_____
District Court Judge Jill N. Parrish