Douglas W. Greene, *pro hac vice*
BAKERHOSTETLER
45 Rockefeller Plaza
New York, NY  10111-0100
Telephone: (212) 847-7090
dgreene@bakerlaw.com

*Attorneys for Defendants Dwight Egan, Reed Benson,
Brent Satterfield, Eugene Durenard, Edward Murphy,
James Nelson, Richard Serbin, and Nominal
Defendant Co-Diagnostics, Inc.*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE CO-DIAGNOSTICS, INC. DERIVATIVE LITIGATION | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Case No. 2:20-cv-00836-JNP-CMR<br><br>Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |
|---|---|

1

PLEASE TAKE NOTICE that Charles Claudio Simpkins, Christopher P. Milazzo, and Michael D. Nacht hereby withdraw as counsel for Defendants Dwight Egan, Reed Benson, Brent Satterfield, Eugene Durenard, Edward Murphy, James Nelson, and Richard Serbin and Nominal Defendant Co-Diagnostics, Inc., and that Douglas W. Greene of BarkerHostetler hereby appears as counsel for Defendants and Nominal Defendant.

DATED this 3rd day of February, 2023.

BAKERHOSTETLER

By: */s/ Douglas W. Greene*_____
        Douglas W. Greene


*Attorneys for Defendants and Nominal Defendant (signed by Joni Ostler with permission of Douglas W. Greene)*

/s/ Joni Ostler

CARMEL MILAZZO & FEIL LLP

 */s/ Christopher P. Milazzo*_____
Christopher P. Milazzo, Withdrawing Attorney (*signed by Joni Ostler with permission of Christopher P. Milazzo*)

/s/ Joni Ostler

 /s/ *Michael D. Nacht*_____
Michael D. Nacht, Withdrawing Attorney (*signed by Joni Ostler with permission of Michael D. Nacht*)

/s/ Joni Ostler

2

I HEREBY CERTIFY that on the 3rd of February, 2023, I caused a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification to all counsel of record with the exception of counsel listed below.  I emailed a true and correct copy of the foregoing filing to the counsel below at the email address below:

James M. Ficaro, jficaro@weiserlawfirm.com
The Weiser Law Firm

/s/ *Joni Ostler*