Douglas W. Greene (*admitted pro hac vice*)
Genevieve G. York-Erwin (*admitted pro hac vice*)
BAKERHOSTETLER
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
dgreene@bakerlaw.com
gyorkerwin@bakerlaw.com

Joni Ostler (9607)
Robert Wing (4445)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
jostler@parrbrown.com
rwing@parrbrown.com

*Attorneys for Defendants and Nominal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE CO-DIAGNOSTICS, INC., DERIVATIVE LITIGATION | NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS<br><br>Case No. 2:20-cv-00836-JNP-CMR<br><br>District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Cecilia M. Romero |

PLEASE TAKE NOTICE that Joni Ostler of the law firm of Parr Brown Gee & Loveless,

P.C. hereby withdraws as counsel in the above-captioned action for Nominal Defendant Co-Diagnostics, Inc., and Defendants Dwight Egan, James Nelson, Eugene Durenard, Edward Murphy, Richard Serbin, Reed Benson, Brent Satterfield and Robert Wing of the law firm Parr Brown Gee & Loveless, P.C. hereby enters his appearance as counsel for Nominal Defendant and Defendants. Mr. Wing agrees to serve as local counsel for Douglas Greene and Genevieve York-Erwin of BakerHostetler, counsel for Defendants and Nominal Defendant.

DATED this 17th day of August, 2023.

PARR BROWN, GEE & LOVELESS, P.C.

By: */s/ Robert Wing*
Robert Wing

By: */s/ Joni Ostler*
Joni Ostler

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2023, I caused the foregoing **NOTICE OF SUBSTITUION OF COUNSEL FOR DEFENDANTS** to be submitted on the Court's electronic filing system, which automatically provides service to counsel of record.

*/s/ Lori Stumpf*