# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE CO-DIAGNOSTICS, INC. DERIVATIVE LITIGATION | **ORDER VACATING SCHEDULING ORDER**<br><br>Case No. 2:20-cv-00836-JNP<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' stipulated Motion regarding the Scheduling Order (Motion) (ECF 51), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS as follows:

(1) The Scheduling Order should be vacated (ECF 37);

(2) Defendants will produce to Plaintiffs all deposition transcripts and exhibits to the same in the Consolidated Securities Action within 20 days of the court's entry of an amended scheduling order;

(3) Plaintiffs and Defendants will meet and confer regarding completion of discovery and proposing a new scheduling order within 20 days of the completion of summary judgment briefing in the Consolidated Securities Action; and

(4) The parties are directed to file a status report regarding the status of this case every sixty (60) days from the date of this Order.

DATED this 21 November 2023.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah

1