IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **IN RE CO-DIAGNOSTICS, INC. DERIVATIVE LITIGATION** | **ORDER TO FILE JOINT PROPOSED SCHEDULING ORDER OR MOTION TO STAY**<br><br>Case No. 2:20-cv-00836-JNP-CMR<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

The court notes that due to the parties' joint motion (ECF No. 51), no meaningful scheduling order is currently in place in this matter. As contemplated by Fed. R. Civ. P. 16(b), the court determines that a more meaningful scheduling order is needed to provide a timeline for the parties' advancement of this case. The court therefore **ORDERS** the parties to file a joint proposed scheduling order or, to the extent that the parties' motion to vacate the scheduling order was intended to be a mechanism to stay this matter, a motion to stay. The parties shall file a responsive motion by no later than January 8, 2024.

Signed December 20, 2023

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge